|           |                                              |
|-----------|----------------------------------------------|
| **To:**   | The Honorable Frank D. Whitney               |
|           | Chief U.S. District Court Judge              |
| **From:** | Michael M. Bonelli                           |
|           | U.S. Probation Officer                       |
| **Subject:** | **Conroy Llwelyn Oliver**                 |
|           | Case Number: 0419 3:11CR00369- 001           |
|           | **REQUEST TO DESTROY SEIZED PROPERTY**       |
| **Date:** | 12/8/2015                                    |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

---

On 01/07/2013, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Convicted Felon, 18 U.S.C.922(g)(1). He was ordered to serve a 32-months term of imprisonment to be followed by a two-year term of supervised release.

The term of supervised release commenced on 03/14/2014. The following property was seized from the defendant during his supervision term: 1) Digital Scales (Digiweigh), 2) Synthetic Marijuana (Death Grip 1GKush), 3) Glass pipe with marijuana residue, 4) Marijuana, 5) Digital Scales (AWS V2-600), 6) Suspected K2 (Brain Freeze and Mind Crip), 7) Digital Scales (US-Magnum 1000XR), and 8) Smoking pipe (Luxury Lites Ego-V). His term of supervised release was revoked on 10/28/2014, and he was ordered to a time served sentence to be followed by a 24-month term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 7, 2015

_____
Frank D. Whitney
Chief United States District Judge