UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:11CR369-001

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| CONROY LLWELYN OLIVER, | ) | |
| Defendant. | ) | |

UPON SUGGESTION OF DEATH filed by the United States Probation Office (Doc. No. 44-1), the COURT hereby dismisses the Petitions for Warrant for Offender Under Supervision and the Warrant for the Defendant's Arrest (Doc. No. 41).

The Clerk of Court is directed to forward a copy of this ORDER to the United States Probation Office.

IT IS SO ORDERED.

Signed: March 20, 2017

Frank D. Whitney
Chief United States District Judge